FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2022

No. 04-21-00471-CR

Caleb Patrick **DANIELS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 18-10-00155-CRF
Honorable Russell Wilson, Judge Presiding

# O R D E R

On May 26, 2022, Appellant Caleb Patrick Daniel's current court-appointed appellate counsel, Shane Stolarczyk, moved this court to abate this appeal in order for the trial court to appoint new appellate counsel. Counsel makes the motion because he will hold the position of County Judge-Elect for the Kendal County Commissioners Court once the election results are certified in the next few days. As a result of his forthcoming obligations along with his military service requirements, counsel is no longer able to continue as appellate counsel in this appeal. *See* TEX. R. APP. P. 6.5.

Counsel's motion is **granted** and the appeal is **abated**. *See* TEX. CODE CRIM. PROC. art. 1.051(d) ("An eligible indigent defendant is entitled to have the trial court appoint an attorney to represent him in . . . an appeal to a court of appeals . . . .").

We **order** the trial court to report its findings and actions regarding court-appointed appellate counsel to this court not later than **July 5, 2022**. We **further order** the trial court clerk to file a supplemental record containing any additional filings and orders related to the appointment of new appellate counsel, if any, not later than **July 5, 2022.** All other appellate deadlines are **suspended** pending further order of this court.

We **order** the clerk of this court to serve copies of this order on the attorneys of record, the trial court judge, and the trial court clerk.

FILE COPY

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court